UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD CARO, SVETLANA
CARO, ANGELIQUE CARO,

    Plaintiffs,

v.                                      Case No. 3:23-cv-6666-MCR-HTC

MAX MATHEWS RENTAL, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 20, 2023 (ECF No. 25).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Defendants' motion to dismiss the Second Amended Complaint, ECF Doc. 23, is GRANTED, and Plaintiffs' claims are DISMISSED.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 30th day of November 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:23-cv-6666-MCR-HTC